UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE BEXTRA AND CELEBREX MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | Master Docket No. M:05-CV-01699-CRB <br><br> MDL No. 1699 |
| THIS RELATES TO: <br> MDL Case No.   06-6077-CRB | STIPULATION AND ~~PROPOSED~~ DISMISSAL WITHOUT PREJUDICE AS TO ONLY BRETT BATES |

Plaintiff, Brett Bates, and defendant, Pfizer, Inc., by respective counsel undersigned, pursuant to Rule 41(a)(1), Federal Rules of Civil Procedure, hereby stipulate that the claims of <u>only</u> Brett Bates be dismissed without prejudice, with each side bearing its own attorneys' fees and costs.

Should plaintiff or their lawful representative(s) attempt to re-file this claim against defendant, he shall do so only be re-filing in the United States District Court.

Dated:  July 30, 2007.

MATTHEWS & GUILD, P.A.


By:_____[1]_____
Floyd L. Matthews, Jr.
Florida Bar No. 182511
2237 Riverside Avenue
Jacksonville, FL  32204
(904) 384-0505
(904) 384-0555, facsimile
fmatthews@matthewsguild.com

Attorneys for Plaintiff,
Brett Bates

---

[1]  I hereby attest that I have on file all holograph signatures for any signatures indicated by a "conformed" signature (/s/) within this e-filed document.

GORDON & REES, LLP

7/30/07

By: _____
Stuart M. Gordon, Esquire
California Bar No. 37477
275 Battery Street, Suite 2000
San Francisco, California 94111
(415) 986-5900
(415) 262-3801, facsimile
sgordon@gordonrees.com

Attorneys for Defendant,
Pfizer, Inc.

THE FOREGOING STIPULATION
IS APPROVED AND IS SO ORDERED.

DATED: __Aug. 8, 2007_____      _____
CHARLES R. BREYER
UNITED STATES DISTRICT JUDGE

